# IN THE SUPREME COURT OF THE STATE OF NEVADA

PROIMTU MMI LLC,
              Appellant,

vs.

TONOPAH SOLAR ENERGY, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY; COBRA THERMOSOLAR
PLANTS, INC., A NEVADA
CORPORATION; AND THE
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, A
PENNSYLVANIA CORPORATION,
              Respondents.

No. 70922

**FILED**

FEB 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal is approved. NRAP 42(b). This appeal is dismissed without prejudice to the right of any party aggrieved by a future district court order to appeal in accordance with applicable statutes and court rules.

It is so ORDERED.[1]

_____, C. J.
    Cherry

---

[1]We deny as moot the stipulation to extend the briefing schedule, filed on January 30, 2017.

17-06144

cc:     Chief Judge, The Fifth Judicial District Court
Hon. Steven Elliott, Senior Judge
Fennemore Craig, P.C./Las Vegas
Holley, Driggs, Walch, Fine Wray Puzey & Thompson/Las Vegas
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A